# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SPIRIT SPE PORTFOLIO 2006-4, LLC, | : | Case No. 1:19-cv-110 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| U.S. BANK, NATIONAL ASSOCIATION, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

The Court, having been advised by the parties that this civil action has settled, and upon the parties' stipulation of dismissal, as to all claims, with prejudice (Doc. 10);

It is **ORDERED** that this action is hereby **DISMISSED with prejudice** and, accordingly, shall be **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 4/3/19

Timothy S. Black
United States District Judge